UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| EDF Renewables Distributed Solutions, Inc., | Civ. No. 19-1588 (ECT/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Morgan Southard and Dianne Southard d/b/a Oxbow Sunworks, Oxbow Solar Professionals, Inc., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion to Compel and for Sanctions, filed on June 3, 2020. (Doc. No. 39.) No opposition was filed. Based on the file, record, and proceedings herein, Plaintiff's Fed. R. Civ. P. 37 Motion to Compel and for Sanctions is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Defendants shall produce all documents in their possession that are responsive to Plaintiff's October 23, 2019, First Set of Requests for Production of Documents and are not subject to a valid claim of privilege or work-product by July 15, 2020;

2. Defendants shall produce a detailed privilege log identifying all documents withheld from production by Defendants on the basis of a claim of privilege or work-product by July 15, 2020; and

3. Plaintiff shall file its application for expenses and fees within one week of the date of this Order, and Defendants shall submit any response to Plaintiff's application within one week of Plaintiff's filing of such application.

Date:   June 26, 2020

                                       *s/ Becky R. Thorson*
                                       BECKY R. THORSON
                                       United States Magistrate Judge

*Template date February 2019*